IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00214-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH EZEKIEL VIGIL,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 3, 2013**.

    Before the Court is Defendant's Motion for Reconsideration of Government's Motion for Revocation of Bond and for the Setting of New Terms of Pretrial Release [filed October 1, 2013; docket #111].  Based upon defense counsel's representation that the motion is unopposed, the motion is **granted**.  Defendant shall be released to a halfway house one month from the Defendant's arrest date of September 17, 2013, then, after he has served thirty (30) days at the halfway house, the Defendant shall be released to GPS/electronic home monitoring.