IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 13-cr-00214-RBJ | Date: April 3, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: | N/A | Probation: Robert Ford |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>3. JOSEPH EZEKIEL VIGIL<br>**Defendant(s)** | *James R. Boma*<br><br><br><br><br>*John F. Sullivan, III* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   12:59 p.m.

Appearances of counsel.

Defendant present in custody.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Argument given on sentencing.

Court states its findings and conclusions.

**ORDERED:**   [153] Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) is GRANTED.

[154] Government's Motion for Sentencing Reduction Under the Provisions of §5K1.1, U.S. Sentencing Guidelines and Title 18, United States Code, Section 3553(e) is GRANTED.

**ORDERED:** Defendant shall be **imprisoned** for **36 months** as to Counts One and Two of the Indictment, to be served concurrently.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **3 years** as to each count, to be served concurrently.

Court RECOMMENDS that defendant receive credit for all time served in custody on this case.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado, specifically Englewood with the RDAP program.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

Defendant advised of his limited right to appeal. Any notice of appeal must be filed within 14 days.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 1:21 p.m.          Hearing concluded.          Total time:     00:22